■ In the Matter of InJah E. Tafari, Petitioner, v Anthony Zon, as Superintendent of Wende Correctional Facility, et al., Respondents. [796 NYS2d 289]—Proceeding pursuant to CPLR

article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Erie County [Joseph S. Forma, J.], entered November 21, 2003) to review a determination of respondents. The determination found after a tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Green, J.P., Hurlbutt, Scudder, Pine and Lawton, JJ.